**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**John Edward JACKSON, Defendant—
Appellant.**

**No. 08–6762.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 22, 2008.

John Edward Jackson, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Edward Jackson appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Jackson,* No. 5:05–cr00016–gec–bwc, 2008 WL 1901705 (W.D.Va. Apr. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*